(April 22, 2008)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SILVA MENDOZA, Appellant. [855 NYS2d 529]—

Judgment, Supreme Court, Bronx County (Troy K. Webber, J., on motion; David Stadtmauer, J., at plea and sentence), rendered June 9, 2006, convicting defendant of promoting prison contraband in the first degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly denied, without a hearing, defendant's motion to suppress contraband that correction officers discovered in his pocket during a search they conducted while defendant was an inmate at Rikers Island, since his factual allegations, even if accepted as true, would not have warranted a conclusion that the search was unreasonable (*see* CPL 710.60 [3]). While defendant's allegations may have stated a Fourth Amendment claim in the context of a search of a person at liberty, defendant did not address the diminished Fourth Amendment rights of a prison inmate (*see Bell v Wolfish*, 441 US 520, 557 [1979]). The facts alleged in defendant's moving papers did not set forth a basis for suppression, given the prison context (*see Hudson v Palmer*, 468 US 517, 529 [1984]; *People v Frye*, 144 AD2d 714 [1988], *lv denied* 73 NY2d 891 [1989]). We have considered and rejected defendant's remaining arguments. Concur—Lippman, P.J., Saxe, Gonzalez and Nardelli, JJ.